| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Nicholas M. Wajda<br>Wajda Law Group, APC<br>11400 West Olympic Boulevard, Suite 200M<br>Los Angeles, CA 90064<br>Telephone: (310) 997-0471<br><br>ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. FOX and RILEY N. COTTA,<br><br>Plaintiff(s),<br>v.<br>COLLECTO, INC. d/b/a EOS CCA,<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-02084<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  ANDREW D. FOX and RILEY N. COTTA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Andrew D. Fox and Riley N. Cotta | Plaintiffs |
| Collecto, Inc. d/b/a EOS CCA | Defendant |
| Wajda Law Group, APC | Attorney for Plaintiff |

3/20/2019
Date

/s/ Nicholas M. Wajda
Signature

Attorney of record for (or name of party appearing in pro per):

Nicholas M. Wajda

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**