Name and address:
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. FOX and RILEY N. COTTA,<br><br>v.<br><br>COLLECTO, INC. d/b/a EOS CCA,<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:19-cv-02084<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Coleman, Eric D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(630) 575-8181
*Telephone Number*

(630) 575-8188
*Fax Number*

ecoleman@sulaimanlaw.com
*E-Mail Address*

of

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Andrew D. Fox and Riley N. Cotta

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

**and designating as Local Counsel**

Wajda, Nicholas M.
*Designee's Name (Last Name, First Name & Middle Initial)*

259178
*Designee's Cal. Bar No.*

(310) 997-0471
*Telephone Number*

(866) 286-8433
*Fax Number*

nick@wajdalawgroup.com
*E-Mail Address*

of

Wajda Law Group, APC
11400 Olympic Boulevard, Suite 200M
Los Angeles, CA 90064
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:   [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge